**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-2097**

JEREMY VICKERY,

        Plaintiff - Appellant,

   and

AREA WIDE ELECTRIC,

        Plaintiff,

     v.

CHICK-FIL-A, INC.,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:24-cv-01918-JD)

Submitted:  February 27, 2025               Decided:  March 3, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Jeremy Vickery, Appellant Pro Se.  Benjamin Clement Bruner, BRUNER, POWELL, WALL & MULLINS, LLC, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Vickery appeals the district court's order accepting the recommendation of the magistrate judge, dismissing without prejudice the claims of Area Wide Electric, and dismissing Vickery's claims with prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Vickery v. Chick-Fil-A, Inc.*, No. 4:24-cv-01918-JD (D.S.C. Sept. 17, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*